**No. 09-1043. Emil D. Anghel, Petitioner v. Saint Francis Hospital and Medical Center.**

559 U.S. 1069, 130 S. Ct. 2111, 176 L. Ed. 2d 726, 2010 U.S. LEXIS 3345.

April 19, 2010. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

Same case below, 118 Conn. App. 139, 982 A.2d 649.

**No. 09-1045. David Paland, Petitioner v. Brooktrails Township Community Services District Board of Directors.**

559 U.S. 1070, 130 S. Ct. 2112, 176 L. Ed. 2d 726, 2010 U.S. LEXIS 3433.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 179 Cal. App. 4th 1358, 102 Cal. Rptr. 3d 270.

**No. 09-1049. Douglas J. Raymond, Petitioner v. Supreme Court of Ohio.**

559 U.S. 1070, 130 S. Ct. 2112, 176 L. Ed. 2d 726, 2010 U.S. LEXIS 3474.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

**No. 09-1068. John Marshall Cogswell, Petitioner v. United States Senate.**

559 U.S. 1070, 130 S. Ct. 2114, 176 L. Ed. 2d 726, 2010 U.S. LEXIS 3327.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 353 Fed. Appx. 175.

**No. 09-1084. Fred Kratt, Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2115, 176 L. Ed. 2d 726, 2010 U.S. LEXIS 3454.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 579 F.3d 558.

**No. 09-1093. John A. Hickey, Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2115, 176 L. Ed. 2d 726, 2010 U.S. LEXIS 3396.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 580 F.3d 922.

**No. 09-1094. Charles Melvin Campbell, Jr., Petitioner v. United States.**

559 U.S. 1070, 130 S. Ct. 2115, 176 L. Ed. 2d 726, 2010 U.S. LEXIS 3338.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.